IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STEPHEN L. McCLEERY,
        Plaintiff,

-vs-                                                                  Case No. A-08-CA-660-SS

SUPERIOR ASSET MANAGEMENT, INC.,
        Defendant.

## ORDER OF DISMISSAL

      BE IT REMEMBERED on this the 24th day of November 2008 there was presented to the Court the Notice of Voluntary Dismissal filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

      IT IS ORDERED that the Notice of Voluntary Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

      IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

      IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 24th day of November 2008.

                                                            Sam Sparks
                                                            UNITED STATES DISTRICT JUDGE